STUART R. WHITEHAIR, P. C.
Attorney at Law
403 West Mendenhall
Bozeman, Montana  59715
Telephone:  (406) 587-4200
Fax: (406) 587-4950
E-mail: stuartwhitehair@gmail.com

State Bar I.D. No. 3069
Attorney for Debtor(s)

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

In re:                                            )     Case No.
                                                  )
SARAH ELLEN VAN DEN HEUVEL        )
                  Debtor(s).              )
_____

STATEMENT OF DOMESTIC SUPPORT OBLIGATION(S)
_____

Pursuant to Mont. LBR 4002-1(e), the undersigned hereby provides this Statement of Domestic Support Obligation(s), as defined in 11 U.S.C. § 101(14A).

1. Debtor's name (enter full name): Sarah Ellen Van Den Heuvel.

2. Does Debtor have a domestic support obligation: ____ yes _X__ no.  If yes, please fill out the rest of this form.  If no, do not fill out the rest, but sign where indicated below.

3. Debtor's employer and employer's address: _____

4. Name, address, phone number, employer's name, and address of employer for any person responsible with the Debtor for the support:
_____
_____

5. Name, address and phone number for the holder of the claim of support:
_____
_____

[If the Debtor does not know the whereabouts of the former spouse, this fact should be affirmatively stated above, but the address for the support collection agency must be provided.]

_____

      AS OF THE DATE OF FILING OF THE BANKRUPTCY PETITION:

1. Amount of support obligation: $_____ per _____ [i.e. month, week, etc.]

2. Term of support obligation: from _____ until _____

3. Amount that the domestic support obligation is in arrears: $ _____

4. Court name and jurisdiction in which order of support was issued:
   _____

5. Court Case No. _____

6. Name and address of State Child Support Enforcement Agency involved in such claim:
   _____

===================================================================

**I/We declare under penalty of perjury that the foregoing is true and correct.**

**/s/ Sarah Ellen Van Den Heuvel**       **October 19, 2011**
**Signature of Debtor**      **Date**


**/s/**       _____
**Signature of Co-Debtor**      **Date**



Penalty for making a false statement: Fine up to $250,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571