STUART R. WHITEHAIR, P. C.
Attorney at Law
403 West Mendenhall
Bozeman, Montana  59715
Telephone:  (406) 587-4200
Fax: (406) 587-4950
E-mail: stuartwhitehair@gmail.com
State Bar I.D. No. 3069
Attorney for Debtor

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF MONTANA

| | | |
|---|---|---|
| In re | ) | Bankruptcy Case No. 11-62016-RBK-7 |
| | ) | |
| SARAH ELLEN VAN DEN HEUVEL, | ) | **NOTICE OF CHANGE OF ADDRESS** |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

    Sarah Ellen Van Den Heuvel, debtor, by and through her attorney, Stuart R Whitehair, hereby gives notice that her new address is as follows:

        625 North 14th
        Livingston MT 59047

Dated this 13th day of March, 2012.

                      /s/ Stuart R. Whitehair
                      Stuart R. Whitehair
                      Attorney for Debtor

**DECLARATION OF ELECTRONIC SERVICE**

    I hereby certify that, to the best of my knowledge, the following parties receive electronic notification from the Bankruptcy Court ECF system and do not require mailed copies: Office of the United States Trustee and Ross P. Richardson, Bankruptcy Trustee.

                      /s/ Katie Sylvis
                      Katie Sylvis, Legal Assistant